FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANT COUNTY HOSPITAL DISTRICT NO. 1, d/b/a SAMARITAN HOSPITAL, a Washington Municipality, JULIE WEISENBURG, individually and as an agent of GRANT COUNTY HOSPITAL DISTRICT NO. 1, d/b/a SAMARITAN HOSPITAL, and JULIE WEISENBURG and JOHN DOE WEISENBURG, the marital community thereof,<br><br>    Defendants. | NO. 2:22-CV-00010-SAB<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

Before the Court is the parties' Joint Stipulated Motion to Dismiss All Claims with Prejudice, ECF No. 9. The motion was heard without oral argument. Plaintiff is represented by Michael Merkelbach and Ryan Best. Defendants are represented by Amy Mensik and Sawyer Margett.

The parties indicate they have settled their claims and ask that the Court dismissal this action in its entirety, with prejudice.

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE** ~ 1

Accordingly, **IT IS ORDERED**:

1. The parties' Joint Stipulated Motion to Dismiss All Claims with Prejudice, ECF No. 9, is **GRANTED**.

2. The above-captioned case is **DISMISSED**, with prejudice without an award of fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 7th day of September 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE ~ 2**